**Norma FOSTER, Plaintiff/Appellant,**

v.

**FEED MY PEOPLE INCORPORATED, Defendant/Respondent.**

No. 65026.

Missouri Court of Appeals, Eastern District, Division Two.

May 2, 1995.

**Philip BUCHANAN, Plaintiff/Appellant,**

v.

**Suzanne MITCHELL, Defendant/Respondent.**

No. 66913.

Missouri Court of Appeals, Eastern District, Division One.

May 2, 1995.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

Jack H. Ross, Clayton, for appellant.

Edward S. Meyer, Stephen E. Winborn, Evans & Dixon, St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

In her personal injury action, plaintiff appeals from the trial court's grant of a directed verdict at the close of all the evidence. We affirm. Because we do not discern any

precedential value in publishing an opinion, we issue this summary order. Rule 84.16(b).